G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

JS-6

Attorneys for Plaintiff,
NANCY TALAMANTE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY TALAMANTE,<br><br>      Plaintiff,<br><br>NATIONAL ENTERPRISE SYSTEMS, INC.; DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 5:13-cv-00247-VAP-OP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, NANCY TALAMANTE against Defendants, NATIONAL ENTERPRISE SYSTEMS, INC.; and DOES 1 through 10, inclusive are dismissed, with prejudice.  Plaintiff NANCY TALAMANTE, and Defendant NATIONAL ENTERPRISE SYSTEMS, INC., shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_November 25, 2013____        _____
                                    U.S. District Court Judge
                                    Central District of California

[Proposed] Order of Dismissal

- 1 -